| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: June 9, 2020 4:19 PM<br>FILING ID: 3277C036A717A<br>CASE NUMBER: 2020CV31975 |
| Plaintiff:        Tebo-Orvis, LLC | ▲COURT USE ONLY▲ |
| Defendant:    United National Insurance Company | |
| Glen F. Gordon, #19781<br>Keith M. Edwards, #42666<br>Hutchinson Black and Cook, LLC<br>921 Walnut Street, Suite 200<br>Boulder, CO  80302<br>Phone: (303) 442-6514<br>Attorneys for Plaintiff<br>gordon@hbcboulder.com | Case Number:<br><br>Courtroom/Division: |
| **COMPLAINT** | |

COMES NOW Plaintiff, Tebo-Orvis, LLC ("T-O") for its Complaint against United National Insurance Company ("United") avers as follows:

### PARTIES, JURISDICTION, AND VENUE

1. This is an action for breach of contract and violations of C.R.S. §10-3-1115 and 1116.

2. Plaintiff T-O is a Limited Liability Corporation with its principal place of business in Colorado.

3. Defendant United is a property and casualty insurance company with the with its principal place of business in Pennsylvania.

4. Venue is proper pursuant to C.R.C.P. 98 because Defendant is a nonresident of this state and Plaintiff designates this county as the place of trial.

### GENERAL ALLEGATIONS

5. T-O owns and operates Southview Place Towers (the "Property") located in Denver, Colorado.

EXHIBIT 1

6. The Property includes four buildings, two of which (Building 1 and Building 4) contain apartments.

7. At all relevant times, the Property was insured by United.

8. On or about November 17, 2018 Building 4 was badly damaged by fire causing property damage and loss of business income.

9. Plaintiff tendered claims for insurance benefits for loss of business income coverage as well as demolition and repair costs under both property and ordinance coverages of the insurance policy with United.

10. Plaintiff has incurred the business income losses and the demolition and repair costs, and these are insured items under the insurance policy with United.

11. United has unreasonably delayed or denied certain of the claims tendered by Plaintiff under the business income, property, and ordinance coverages of the policy.

## FIRST CLAIM FOR RELIEF
**(Breach of Contract)**

T-O incorporates the allegations of the preceding paragraphs.

12. The insurance policy issued to Plaintiff by Defendant constitutes a contract of insurance.

13. The failure by Defendant to pay certain benefits for damages incurred by Plaintiff constitutes a breach of contract.

14. Defendant's breach of the insurance contract has proximately caused damages to Plaintiff.

## SECOND CLAIM FOR RELIEF
**(Statutory Damages and Attorney's Fees Pursuant to C.R.S. §§ 10-3-1115 and 1116)**

T-O incorporates the allegations of the preceding paragraphs.

15. Defendant has unreasonably denied or delayed payment of insurance benefits to Plaintiff.

16. Pursuant to Section 10-3-1115 and 1116 C.R.S., Plaintiff is a first-party claimant who is entitled to recover attorney's fees, court costs, and "two times the covered benefit" for Defendant's unreasonable delay or denial of Plaintiff's claim for benefits.

## **PRAYER FOR RELIEF**

A. For all unpaid insurance benefits;

B. For statutory double-damages for all insurance benefits for which payment was unreasonably delayed or denied;

C. For statutory attorney's fees and costs;

D. For prejudgment, post judgment and moratory interest; and

E. For such other relief as this Court deems just.

Dated:  June 9, 2020.

                            HUTCHINSON BLACK AND COOK, LLC


                            By:   *s/ Glen G. Gordon*
                                 Glen F. Gordon
                                 Keith M. Edwards

                            Attorneys for Plaintiff, Tebo-Orvis, LLC

<u>Address of Plaintiff</u>:
1100 S. McCaslin Boulevard
Suite 1020
Superior, CO 80027